**H. A. LUER, Appellant, v. UNITED STATES of America.**

**No. 13563.**

Circuit Court of Appeals, Eighth Circuit.

May 5, 1947.

Oliver & Oliver, of Cape Girardeau, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without costs, on motion of appellee.